UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                       :
JOSE LUNA,                  :
                       :
              Plaintiff,   :
                       :          23-CV-2884 (VSB)
        -against-        :
                       :             **<u>ORDER</u>**
615 WEST 150TH STREET TENANTS  :
ASSOCATION, THE BOARD OF      :
MANAGERS OF 615 WEST 150TH STREET :
TENANTS ASSOCIATION, JOHN DOE 1,  :
Said Name Being Fictitious and Unknown, :
Individually and as President of THE BOARD :
OF MANAGERS OF 615 WEST 150TH  :
STREET TENANTS ASSOCIATION, JOHN :
DOE 2, Said Name Being Fictitious and  :
Unknown, Individually and as Treasurer of :
THE BOARD OF MANAGERS OF 615   :
WEST 150TH STREET TENANTS       :
ASSOCATION,                          :
                       :
              Defendants. :
                       :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff filed this action on April 6, 2023, (Doc. 1), and filed affidavits of service on June 16, 2023, (Doc. 6–7). The deadline for Defendants to respond to Plaintiff's complaint was July 5, 2023. (*See* Doc. 6.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case.

       Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 1, 2023. If Plaintiff fail to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: July 18, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge