UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    :
JOSE LUNA,    :
    :
                            Plaintiff,    :
    :    23-CV-2884 (VSB)
             -against-    :
    :    **ORDER**
615 WEST 150TH STREET TENANTS    :
ASSOCATION, THE BOARD OF    :
MANAGERS OF 615 WEST 150TH STREET :
TENANTS ASSOCIATION, JOHN DOE 1,  :
Said Name Being Fictitious and Unknown,    :
Individually and as President of THE BOARD :
OF MANAGERS OF 615 WEST 150TH    :
STREET TENANTS ASSOCATION, JOHN  :
DOE 2, Said Name Being Fictitious and    :
Unknown, Individually and as Treasurer of  :
THE BOARD OF MANAGERS OF 615    :
WEST 150TH STREET TENANTS    :
ASSOCATION,    :
    :
                        Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on April 6, 2023, (Doc. 1). On August 1, 2023, Defendants filed their answer. (Doc. 9.) On August 2, 2023, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before August 10, 2023. (Doc. 11.) To date, the parties have not done so. I also note with concern that this is the second time that I have had to enter an order prompting the parties to litigate this action. (Doc. 8.) Accordingly, the parties are hereby

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than August 22, 2023. If the parties fail to do so, I will dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 15, 2023
      New York, New York

_____
Vernon S. Broderick
United States District Judge