UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
    JOSE LUNA,

                        Plaintiff,

                        23-CV-2884 (VSB)

             -against-

                        **ORDER**

    615 WEST 150TH STREET TENANTS
    ASSOCATION, THE BOARD OF
    MANAGERS OF 615 WEST 150TH STREET
    TENANTS ASSOCIATION, JOHN DOE 1,
    Said Name Being Fictitious and Unknown,
    Individually and as President of THE BOARD
    OF MANAGERS OF 615 WEST 150TH
    STREET TENANTS ASSOCATION, JOHN
    DOE 2, Said Name Being Fictitious and
    Unknown, Individually and as Treasurer of
    THE BOARD OF MANAGERS OF 615
    WEST 150TH STREET TENANTS
    ASSOCATION,

                        Defendants.
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On August 15, 2023, I informed the parties that they had failed to file the joint letter and proposed case management plan that they had previously been ordered to file. (Docs. 11, 14.) I directed them to comply with that order by August 22, 2023, and warned them that the failure to do so would result in this action being dismissed pursuant to Fed. R. Civ. P. 41(b). (Doc. 14.) Parties have not filed the joint letter or proposed case management plan I directed them to file. If they fail to do so by August 28, 2023, this case will be dismissed.

SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge