UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUNA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>615 WEST 150TH STREET TENANTS ASSOCIATION, et al.,<br><br>　　　　　　　　Defendants. | 23-CV-2884 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Pursuant to the Court's October 5th Order, ECF No. 18, the parties were required to file a joint status letter, the contents of which are described therein, no later than October 17, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 23, 2023**.

　　SO ORDERED.

Dated: October 19, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　United States District Judge