UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUNA,<br><br>      Plaintiff,<br><br>    -against-<br><br>615 WEST 150TH STREET TENANTS ASSOCIATION, et al.,<br><br>      Defendants. | 23-CV-2884 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties have informed the Court that the City of New York may be liable for any judgment or settlement in this case. At the conference scheduled for Wednesday, February 28, 2024, the parties should be prepared to explain why this case should not be dismissed for failure to join an indispensable party or for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6)-(7).

  SO ORDERED.

Dated: February 23, 2024
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                   United States District Judge