UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUNA,<br><br>      Plaintiff,<br><br>    -against-<br><br>615 WEST 150TH STREET TENANTS ASSOCIATION, et al.,<br><br>      Defendants. | 23-CV-2884 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's conference, the deadline for all discovery is hereby extended to April 22, 2024. No further extensions will be permitted.

  The Court will hold a post-discovery teleconference on May 1, 2024, at 12 PM. The parties should join by dialing +1 646-453-4442,,730262579#.

SO ORDERED.

Dated: February 28, 2024
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge