UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LUNA,<br><br>      Plaintiff,<br><br>   -against-<br><br>615 WEST 150TH STREET TENANTS ASSOCIATION, et al.,<br><br>      Defendants. | 23-CV-2884 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   A status conference in this case is set for May 1, 2024, and the discovery deadline is set for May 2, 2024. By April 29, 2024, at 5:00 PM, the parties should file a joint letter updating the Court on the status of discovery. The letter should also indicate whether either party intends to file any dispositive motions. If so, the parties should propose a briefing schedule.

   SO ORDERED.

Dated: April 26, 2024
    New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge