

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

June 11, 2024

Application granted.

The Clerk of Court is directed to terminate the motion at Dkt. 32.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 13, 2024

***Via Electronic Case Filing***
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jose Luna v. 615 West 150th Street Tenants Association, et al.
Case No.: 23-cv-2884 (AS)

Your Honor:

     This office represents Jose Luna in the above-referenced action. We jointly submit this letter, with consent of Defendants, to request an extension of time to file the parties' settlement agreement for Court approval. We make this request for three reasons. First, the parties are still working on the agreement and hashing out pertinent settlement terms. Second, I have recently had medical emergencies in my family. This includes health problems involving my elderly parent and recent deaths of a family member and close family friend. Making matters worse, Defense counsel had a death in the family just this week. Third, I am going to be out of the office for ten days starting Thursday. In light of the foregoing, we ask the Court to extend the deadline to submit the settlement agreement and Cheeks Motion for Court approval from June 13, 2024 to July 31, 2024. We appreciate the Court's time and attention to this request.

Respectfully submitted,

**/S/ Louis M. Leon**
By Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
LLeon@cafaroesq.com