

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

August 30, 2024

> Application GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 36.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: September 3, 2024

<u>**Via Electronic Case Filing**</u>
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jose Luna v. 615 West 150th Street Tenants Association, et al.
Case No.: 23-cv-2884 (AS)

Your Honor:

    This office represents Jose Luna in the above-referenced action. We jointly submit this letter, with consent of Defendants, to request an extension of time to file the parties' settlement agreement for Court approval.

    We make this request because parties are still working on the agreement and hashing out pertinent settlement terms. The parties had hoped to have resolved this matter by now, but counsel have had serious medical issues to contend with and other conflicts that have delayed the process. Accordingly, we ask the Court to extend the deadline to submit the settlement agreement and Cheeks Motion for Court approval from today to September 30, 2024. We appreciate the Court's time and attention to this request.

    Respectfully submitted,

**/S/ Louis M. Leon**
By Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
LLeon@cafaroesq.com