

William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

Louis M. Leon, Esq.
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

October 21, 2024

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 22, 2024

**_Via Electronic Case Filing_**
Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jose Luna v. 615 West 150th Street Tenants Association, et al.
Case No.: 23-cv-2884 (AS)

Your Honor:

  This office represents Jose Luna in the above-referenced action. We jointly submit this letter, with consent of Defendants, to request a final extension of time to file the parties' settlement agreement for Court approval.

  We make this request because the parties recently experienced a dispute regarding an essential term of the parties' settlement. Although the parties appear to have resolved this critical issue, they will need more time to finalize the agreement. Accordingly, we ask for the deadline to be extended to October 25, 2024. We do not anticipate needing additional time. We appreciate the Court's time and attention to this request.

Respectfully submitted,

**/S/ Louis M. Leon**
By Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
LLeon@cafaroesq.com