UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X   1:23-cv-02884 (AS)
JOSE LUNA,

                                                                              **XPROPOSKED JUDGMENT**

                          Plaintiff,

          -against-


615 WEST 150TH STREET TENANTS ASSOCATION, THE BOARD OF MANAGERS OF 615 WEST 150TH STREET TENANTS ASSOCIATION, JOHN DOE 1, Said Name Being Fictitious and Unknown, Individually and as President of THE BOARD OF MANAGERS OF 615 WEST 150TH STREET TENANTS ASSOCATION, JOHN DOE 2, Said Name Being Fictitious and Unknown, Individually and as Treasurer of THE BOARD OF MANAGERS OF 615 WEST 150TH STREET TENANTS ASSOCATION,

                          Defendants.
---------------------------------------------------------------------X

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 615 WEST 150TH STREET TENANTS ASSOCATION, THE BOARD OF MANAGERS OF 615 WEST 150TH STREET TENANTS ASSOCIATION, JOHN DOE 1, Said Name Being Fictitious and Unknown, Individually and as President of THE BOARD OF MANAGERS OF 615 WEST 150TH STREET TENANTS ASSOCATION, and JOHN DOE 2, Said Name Being Fictitious and Unknown, Individually and as Treasurer of THE BOARD OF MANAGERS OF 615 WEST 150TH STREET TENANTS ASSOCATION, by and through undersigned counsel, hereby offer to allow judgment be entered against them in this action, in favor of JOSE RODRIGUEZ in the sum of Five Thousand Dollars and Zero Cents ($5,000.00) which will fully and finally resolve all of Plaintiff's claims for relief against the above named Defendants, including without limitation to, claims for unpaid wages, overtime, violation of the Fair Labor Standards Act, New York Labor

Law, liquidated damages, statutory damages, punitive damages, emotional damages, costs, fees, reasonable attorneys' fees and costs, and all other sums or expenses arising out of otherwise related to the allegations which were asserted in this action. This judgment shall constitute full satisfaction and in complete relief of all federal, state, and local law claims or rights that Plaintiff may have to damages in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment, dated October 25, 2024, and filed as Exhibit A to Docket Number 42;

**WHEREAS**, on October 25, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 42);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JOSE LUNA, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 25, 2024 and filed as Exhibit A to Docket Number 42. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: October 29, 2024
       New York, New York

_____
U.S.D.J.
Arun Subramanian, U.S.D.J.